STATE OF CONNECTICUT *v.* VINCENT EDWARDS
(8863)

O'CONNELL, LAVERY and CRETELLA, Js.

Argued October 29—decision released October 31, 1990

*Dennis O'Toole,* assistant public defender, for the appellant (defendant).

*Paul J. Ferencek,* deputy assistant state's attorney, with whom, on the brief, were *John M. Bailey,* state's attorney, and *Joan Alexander,* deputy assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.